# Newark

Ras J. Baraka
Mayor

---

**Department of Law**

920 Broad Street
Newark NJ 07102
973-733-3880
Fax 973 353-8426

**Kenyatta Stewart**
Corporation Counsel

Gary S. Lipshutz
First Assistant Corporation Counsel
Direct Dial (973) 733-5945
lipshutzg@ci.newark.nj.us

September 7, 2022

**Via ECF**
Honorable James Clark, III, U.S.M.J.
MLK, Jr. Federal Bldg & Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  Estate of Salaam v. City of Newark
     DOCKET NO. 2:18-cv-14473 (EP-JBC)

## Notice of Settlement

Dear Judge Clark:

This matter is settled pending Municipal Council approval as to all claims and all parties.

Please enter a **ninety-day Order** to afford time to obtain Municipal Council approval.

Respectfully,

Kenyatta Stewart,
Corporation Counsel

By:    /s/ Gary S. Lipshutz
       Gary S. Lipshutz
       First Assistant Corporation Counsel

/GSL
Encl.